The relief described hereinbelow is SO ORDERED

Done this 6th day of February, 2017.



*Dwight H. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | |
| VICTORINE TOLLIVER AND JOHNNY LEE TOLLIVER, NONFILING CO-DEBTOR; | CHAPTER 13<br>CASE NO. 16-30048 |
| Debtor(s) | |

## ORDER CONDITIONALLY DENYING RELIEF FROM STAY AND CO-DEBTOR STAY

This matter came on for hearing upon the motion of Ocwen Loan Servicing LLC ("Ocwen") seeking relief from the automatic stay imposed by 11 U.S.C. § 362, as it relate(s) to the enforcement of the lien of Ocwen and its assigns, against property of the Debtor(s) located at 3229 Raintree Dr., Montgomery, Al 36116.

Whereas the Court being informed of the agreement of the parties, it is therefore ORDERED, ADJUDGED and DECREED that the motion of Ocwen is CONDITIONALLY DENIED, conditioned upon the following:

1. The Debtor(s) post-petition arrearage due Ocwen is the aggregate amount of

$1,082.65, which represents payments due for January 2017 at $256.65, and which includes attorney fees of $650.00 and court costs of $176.00, is to be placed back into the Debtor(s) Chapter 13 plan.  The Debtor(s) plan is amended to include, the aforementioned fees and costs due Ocwen with the Debtor(s) payments to the Chapter 13 Trustee being increased to $468.00 per month, and the Chapter 13 Trustee`s payments to Ocwen on the post-petition arrearage being set at $25.00 per month.  The Chapter 13 Trustee's payments to Ocwen on the pre-petition arrearage is hereby set at $51.00 per month.  Ocwen is hereby allowed to file a claim for, the said post-petition arrearage, fees and costs.

2. In the event that any regular monthly payment is not received by Ocwen or its assigns, by the date it falls due pursuant to the terms of the Debtor(s) loan agreement with Ocwen, beginning with the February, 2017 payment, then Ocwen or its assigns, shall give notice to the Debtor(s) and the Debtor(s) attorney of the default, and if the default is not cured within twenty (20) days of the date of said notice, then the automatic stay shall immediately lift without further Orders from the Court, allowing Ocwen, or its assigns, to proceed against or otherwise liquidate the property described hereinabove.

*** END OF ORDER ***

Consented to by:

Joshua C. Milam
Attorney for Debtor(s)

Sabrina L. McKinney
Acting Chapter 13 Trustee

This Order was prepared by:
Evan Eberhardt
Attorney for Ocwen Loan Servicing LLC