The relief described hereinbelow is SO ORDERED

Done this 11th day of January, 2018.

*William R. Sawyer* (signature)

**William R. Sawyer**
**United States Bankruptcy Judge**



___

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

| | | |
|---|---|---|
| Victorine Tolliver | ) | 16-30048-DHW-13 |
| xxx-xx-2175 | ) | CHAPTER 13 |
| | ) | |
| Debtor, | ) | |
| | ) | |

CONSENT ORDER ON THE MOTION FOR RELIEF FROM STAY BY
SANTANDER CONSUMER USA, INC.

    This matter came on to be heard upon notice and hearing on the Motion For Relief From Stay filed by Santander Consumer USA, Inc., ("Santander"). The Court having been advised that a settlement has been reached, and upon consideration of same and for good cause having been shown, it is hereby ORDERED as follows:

    1.    The collateral that is the subject of this Order is a 2011 Cadillac CTS VIN: 1G6DE5EY0B0101351.

    2.    Beginning in January, 2018 and thereafter, if the Debtor fails to make any future plan payments in full to the Trustee in the month in which it becomes due, the automatic stay shall lift automatically as to the collateral without further notice or order of the Court.

    3.    The specified monthly payment to Santander on Court Claim #1 shall be increased to $403.00 in order to pay Santander's secured claim in full over the remaining months of the plan.

4. Santander shall be allowed to file an additional secured Proof of Claim for $581.00 for attorney fees and court costs for this motion and shall be paid a specified monthly payment of $17.00, and adequate protection payments of $6.00, on said claim.

5. The Debtor's payments to the Trustee shall be $655.00 monthly to maintain the feasibility of the Debtor's plan.

6. If the Debtor defaults and Santander is granted relief from the automatic stay under the terms of this Order, the stay shall not remain in effect for an additional fourteen (14) day period pursuant to Rule 4001(a)(3) and Santander shall be entitled to immediately repossess and/or dispose of its collateral.

# # # END OF ORDER # # #

This order has been consented to by counsel for the Debtor and the Trustee.

Submitted by:

/s/ Allan M. Trippe
Allan M. Trippe
Monroe, Trippe & Brown, LLP
P. O. Box 531103
Birmingham, Alabama 35253
(205) 879-9220
allantrippe@lawbham.com