UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 16-30048-WRS
Chapter 13

Victorine Tolliver,

    Debtor.

**CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE**

The chapter 13 trustee filed a motion (Doc. # 52) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan.

The motion came on for hearing on February 12, 2018, at which time the debtor requested additional time to consider the conversion of this case to a case under chapter 7. In accordance with the ruling from the bench in open court, it is

ORDERED that this bankruptcy case is DISMISSED effective *14* days from the date of this order unless the debtor converts the case to a case under chapter 7 on or before the effective date.

Done this 15th day of February, 2018.

D. Sims Crawford
United States Bankruptcy Judge

c:    Debtor
    Joshua C. Milam, Attorney for Debtor
    Sabrina L. McKinney, Trustee
    All Creditors